# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Brockton, Springfield    **Related Case Information:**

**County** Suffolk, Plymouth, Hamden

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-7232-JCB and 23-7323-JCB
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Fernando Bost    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** Martell Bloxson

**Address** (City & State) Boston, MA

**Birth date (Yr only):** 1991    **SSN (last4#):** 1646    **Sex** M    **Race:** _____    **Nationality:** USA

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Luke A. Goldworm    **Bar Number if applicable** 677657

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date** 04/06/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Hamden County HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/12/2023    **Signature of AUSA:** /s/ Luke A. Goldworm

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Fernando Bost

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Interference with commerce by threats or violence | 1-2 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**